THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH
FENNELLY, Respondent, v. AMALGAMATED COPPER COM-
PANY et al., Appellants.

*People ex rel. Fennelly* v. *Amalgamated Copper Co.*, 110 App. Div. 892,
affirmed.
(Argued February 28, 1906; decided March 20, 1906.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
December 30, 1905, which affirmed an order of Special Term
granting a motion for a peremptory writ of mandamus to
compel the defendant to permit an inspection of its stock
book by the relator.

*James M. Beck* and *Carl A. Mead* for appellants.

*Edward J. McGuire* for respondent.

Order affirmed, with costs. The power of the court to
exercise discretion is not presented by the record, the court
having exercised its discretion in favor of the relator; no
opinion.

Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WER-
NER and WILLARD BARTLETT, JJ. Not sitting: HISCOCK, J.